RECEIVED
JUN 29 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA WEBB, ET AL. | MISC. CASE NO. 17-mc-109 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Patricia Webb, as Personal Representative and Derivative Claimant; and Daniel Gene Webb and Laura Webb as Derivative Claimants of the Estate of Jerry Webb, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _29_ day of June, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE